UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>              Plaintiff,<br><br>      v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, ET AL.,<br><br>              Defendant(s). | Case No. CV 19-3251-DSF (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: August 26, 2019

                                                                                   Honorable Dale S. Fischer<br>
                                                                                   UNITED STATES DISTRICT JUDGE