JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, ET AL.,<br><br>　　　　　　Defendant(s). | Case No. CV 19-3251-DSF (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 26, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE